IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR125** |
| vs. | |
| LENFIELD KENDRICK, | **ORDER** |
| Defendant. | |

On October 3, 2023, the court held a hearing on Defense Counsel's Motion to Withdraw (Filing No. 155). Michelle M. Lents represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Defense Counsel's Motion to Appoint New Counsel (Filing No. 155).

Jerry M. Hug, 209 South 19th Street, Suite 323, Omaha, NE 68102, (402) 346-1733, is appointed to represent Lenfield Kendrick for the balance of these proceedings pursuant to the Criminal Justice Act. Michelle M. Lents shall forthwith provide Jerry M. Hug any discovery materials provided to the defendant by the government and any such other materials obtained by Michelle M. Lents which are material to Lenfield Kendrick's defense.

The clerk shall provide a copy of this order to Jerry M. Hug.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge