IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LENFIELD KENDRICK,<br><br>Defendant. | 8:22-CR-125<br><br>ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT AS TO DEFENDANT LENFIELD KENDRICK |

This matter is before the Court on the United States' Motion to Dismiss. Filing 247. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States "requests leave to dismiss, without prejudice, the Indictment and the Superseding Indictment . . . as it relates to Defendant Lenfield Kendrick[.]" Filing 247 at 1. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Government's Motion to Dismiss, Filing 247, is granted. The Indictment, Filing 1, and the Superseding Indictment, Filing 178, are dismissed as they relate to Defendant Lenfield Kendrick.

Dated this 9th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1